UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. C.A. No. 03-139T

ROSALINA VERDUCHI,
DENNIS VERDUCHI,
OPTION ONE MORTGAGE CORPORATION

ORDER DENYING DEFENDANTS' MOTION FOR CLARIFICATION OF JUDGMENT

Defendants' Motion for Clarification of Judgment is denied for the following reasons:

1. Defendants' motion fails to explain exactly what clarification is necessary and fails to provide any law in support of the requested clarification.

2. The motion on its face indicates that there is no dispute as both parties agree that "interest" refers to "post-judgment interest."

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: May 31, 2005