UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS | : | C.A. NO. 03-139T |
| | : | |
| ROSALINA VERDUCHI, | : | |
| DENNIS VERDUCHI , ET AL. | : | |

**JOINT NOTICE OF APPEAL**

Notice is given that Defendants Dennis Verduchi and Rosalina Verduchi hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on April 26, 2005 and the Order denying the Verduchis' Motion to Amend the Judgment entered May 23, 2005.

DENNIS VERDUCHI and
ROSALINA VERDUCHI
By their Attorneys,

Brent R. Canning (#76385)
HINCKLEY, ALLEN & SNYDER
1500 Fleet Center
Providence, Rhode Island 02903
(401) 274-2000
(401) 277-9600

DATED: June 15, 2005

SCANNED

**CERTIFICATION**

I hereby certify that I served the foregoing Notice of Appeal on June 15, 2005 by mailing a copy to:

Stephen J. Turanchik
U.S. Department of Justice
P.O. Box 55
Ben Franklin Station
Washington, DC 200044

David M. Rosen
Michelle Davenport
Harmon Law Offices, P.C.
P.O. Box 610289
Newton Highlands, MA 02451