IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSALINA VERDUCHI,<br>DENNIS VERDUCHI, and<br>OPTION ONE MORTGAGE CORPORATION,<br><br>Defendants. | Civil No. CA 03-139-T |

SATISFACTION OF JUDGMENT
AS TO DENNIS VERDUCHI

Please take notice that the United States' Judgment against Dennis Verduchi has been satisfied in full.

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Satisfaction of Judgment as to Dennis Verduchi has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 21st day of April, 2006:

David Rosen, Esq.
Michelle C. Davenport, Esq.
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02161-0389

Brent Canning, Esq.
Hinckley, Allen & Snyder
1500 Fleet Center
Providence, RI 02903

Stephen J. Turanchik

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565